ALLACCESS LAW GROUP
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
2096 Walsh Ave, Ste C1
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JAMES ALGER, Plaintiff

John C. Barber, Esq. SBN 70069
LAW OFFICES OF BARBER & BAUERMEISTER
111 Pacific, Ste 320
Irvine, CA 92618
Telephone: (714) 973-1075
Facsimile: (714) 973-1670
jbarberesq@jcbarberlaw.com

Attorneys for CITY OF PACIFIC GROVE, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALGER,<br>Plaintiff,<br>vs.<br>CITY OF PACIFIC GROVE,<br>Defendant. | Case No. 5:26-cv-02845-NC<br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

JAMES ALGER ("Plaintiff") and Defendant CITY OF PACIFIC GROVE ("Defendant") stipulate and request that this action be dismissed in its entirety with prejudice pursuant Fed. R. Civ. P. 41(a)(2). The Parties also request that the Court retain jurisdiction over the Consent Decree in accordance with its terms.

Respectfully submitted,

Dated: September 14, 2026

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for Plaintiff
JAMES ALGER

Dated: September 14, 2026

*/s/ John C. Barber*
John C. Barber, Attorney for Defendant
CITY OF PACIFIC GROVE

**ORDER**

Having reviewed the Parties' stipulation, and good cause appearing, the case is dismissed with prejudice. The Court retains jurisdiction over the Consent Decree.

**IT IS SO ORDERED.**

Dated: September 18, 2026




Unite